[No. 52762-2-I. Division One. December 22, 2003.]

TED ALLEN BROWN, *Appellant*, v. WALGREENS,
ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-2-03892-7, Terry D. Sebring, J., entered September 6, 2002. *Reversed* by unpublished per curiam opinion.

[No. 52782-7-I. Division One. December 22, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS BLANKENSHIP, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 02-1-00627-7, David R. Draper, J., entered November 8, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 52788-6-I. Division One. December 22, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN J. JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 02-8-00836-8, Jay B. Roof, J., entered October 22, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 20119-8-III. Division Three. December 23, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. LYN R. OBERG, *Appellant*.

Appeal from a judgment of the Superior Court for Asotin County, No. 00-1-00090-3, John M. Lyden, J., entered December 5, 2000. *Reversed* by unpublished opinion per Kurtz, J., concurred in by Brown, C.J., and Sweeney, J.